**\*E-FILED\***
**December 12, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WASHINGTON INVESTMENT GROUP, | No. C 05-573 RS |
| Plaintiff, | **ORDER CONTINUING STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| STEVE RUEL, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Stand-by Order to Show Cause hearing on calendar for December 14, 2005 is continued to **February 15, 2006 at 9:30 a.m.** The parties are required to file a stipulation of dismissal by **February 8, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on February 15, 2005 and show cause why the case should not be dismissed.

IT IS SO ORDERED.

Dated: December 12, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

David Kornbluh, Esq.
Email: dkornbluh@millermorton.com

**Counsel for Defendant(s)**

Bernard Lahde, Esq.
Email: blahde@rllss.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  December 12, 2005

                          /s/ BAK
                        Chambers of Magistrate Judge Richard Seeborg