DAVID I. KORNBLUH, ESQ., SBN 162310
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA  95110
Telephone:  (408) 292-1765
Facsimile:  (408) 436-8272

*E-FILED 2/14/06*

Attorneys for Plaintiff
WASHINGTON INVESTMENT GROUP, LLC


BERNARD P. LAHDE, ESQ. (SBN 71579)
JON A. HEABERLIN (SBN 199810)
RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
96 North Third Street, Suite 500
San Jose, California 95112-5572
Telephone:  (408) 293-0463
Facsimile:  (408) 293-9514

Attorneys for Defendants
STEVE RUEL and DONN SCOTT THOMPSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WASHINGTON INVESTMENT GROUP, LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>STEVE RUEL and DONN SCOTT THOMPSON,<br><br>            Defendants. | Case No.: C-05-00573 RS<br><br>**STIPULATION AND ORDER REGARDING RESETTING OF OSC HEARING**<br><br>Date:         February 15, 2006<br>Time:        9:30 a.m.<br>**Courtroom:   4 (5th Floor)** |

THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD HEREIN:

1.      This case arises from a dispute between owners of SSL, LLC, a California limited liability company which provides concrete retaining walls.  This matter was submitted to contractual arbitration in April 2005.  On August 22, 2005, the parties engaged in a mediation

1

session with Charles Hawkins, Esq.  All parties executed an "Agreement to Settle" at the mediation.

2.  Following the mediation, some disputes arose regarding certain terms of the mediated settlement.  These disputes were submitted to arbitration with Mr. Hawkins on December 15, 2005, who thereafter issued a ruling.

3.  The parties are nearing resolution of the written settlement agreement language, which incorporates terms from the original mediation agreement, as well as Mr. Hawkins' ruling.  The only issue remaining relates to tax and accounting treatment for payments made under the agreement.

4.  The parties request an additional month to complete work on this release language.  The parties hereby stipulate to a continuance of the OSC hearing set for February 15, 2006, to March 8, 2006 or another date convenient to the Court.

Dated: February 14, 2006                 RANKIN, LANDSNESS, LAHDE,
                                         SERVERIAN & STOCK

                                         By: /s/ Jon A. Heaberlin
                                             JON A. HEABERLIN
                                             Attorneys for Defendants

                                         MILLER, MORTON, CAILLAT & NEVIS, LLP

DATED: February 14, 2006                 By:  /s/ David I. Kornbluh
                                              DAVID KORNBLUH
                                              Attorney for Plaintiff

**ORDER**

The parties having agreed to the foregoing, the Order to Show Cause Re: Dismissal hearing set for February 15, 2006 shall be continued to  3/8/06 , at 9:30 a.m. in Courtroom 4.

DATED:  2/14/06

                                         _____
                                         MAGISTRATE JUDGE OF THE UNITED
                                         STATES DISTRICT COURT

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.LitigationLibrary:121446.1

2