JOSEPH A. SCANLAN, JR., ESQ. SBN 101928
DAVID I. KORNBLUH, ESQ., SBN 162310
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA  95110
Telephone:  (408) 292-1765
Facsimile:  (408) 436-8272
dik@millermorton.com

*E-FILED 4/20/06*

Attorneys for Plaintiff
WASHINGTON INVESTMENT GROUP, LLC

JON A. HEABERLIN, ESQ. SBN 199810
RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
96 North Third Street, Suite 500
San Jose, California 95112-5572
Telephone:  (408) 293-0463
Facsimile: (408) 293-9514
jheaberlin@rllss.com

Attorneys for Defendants
STEVE RUEL and DONN SCOTT THOMPSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WASHINGTON INVESTMENT GROUP, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVE RUEL and DONN SCOTT THOMPSON,<br><br>        Defendants. | CASE NO. C-05-00573 RS<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure section 41(a)(1).

/ / /

/ / /

1

Washington Investment Group v. Ruel & Thompson          USDC Case No. C-05-00573 RS
STIPULATION FOR DISMISSAL

|   |   |
|---|---|
|   | MILLER, MORTON, CAILLAT & NEVIS, LLP |
| Dated:  April 19, 2006 |   |
|   | By:   /s/ |
|   | DAVID I. KORNBLUH |
|   | Attorneys for Plaintiff WASHINGTON INVESTMENT GROUP, LLC |
|   |   |
| Dated:  April 19, 2006 | RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK |
|   | By:   /s/ |
|   | JON HEABERLIN, ESQ. |
|   | Attorneys for Defendants STEVE RUEL and DONN SCOTT THOMPSON |

IT IS SO ORDERED.

Dated: April 20, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

Pursuant to General Order 45, section X.B., I, the undersigned, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated:  April 20, 2006

/s/_____
DAVID I. KORNBLUH

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:10128.1